UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST PLUMBING AND PIPEFITTING INDUSTRY HEALTH WELFARE AND VACATION TRUST, et al., | NO:  13-CV-0174-TOR |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| DAY AND NIGHT MECHANICAL HEATING AND COOLING, INC., et al., | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion for Voluntary

Dismissal Without Prejudice (ECF No. 17).  Pursuant to Fed. R. Civ. Pro. 41, the

parties stipulate to the dismissal of all claims and causes of action in this matter

without prejudice and without the award of costs or fees to any party.

///

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1    **ACCORDINGLY, IT IS HEREBY ORDERED**:

2         All claims and causes of action in this matter are **DISMISSED** without

3    prejudice and without costs or fees to any party.

4         The District Court Executive is hereby directed to enter this Order, furnish

5    copies to counsel, and **CLOSE** the file.

6         **DATED** February 4, 2014.

7    

8                        THOMAS O. RICE
                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2